UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA SLICKER, on behalf of Herself and all Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-11760-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Frances S. Cohen and Matthew M. Lyons of Dechert LLP for the defendants FLEETBOSTON FINANCIAL CORPORATION, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, L.P., COLUMBIA FUNDS DISTRIBUTOR, INC., (the "Adviser/Distributor Defendants") in the above captioned matter.

Dated:  September 9, 2004

*Frances Cohen*
Frances S. Cohen, BBO# 542811
Matthew M. Lyons, BBO# 657685
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7173

Stephen J. McConnell
Jeffrey S. Edwards
DECHERT LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
(215) 994-4000

258900.3.BOSHRTHAR_49

David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218
(609) 620-3200

*Attorneys for the Adviser/Distributor Defendants*

### CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above was served upon the attorney of record for each other party by hand on this 9th day of September, 2004.

*Frances Cohen*
Frances S. Cohen