IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 04-11760 (REK) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants Charles R. Nelson, Patrick J. Simpson and Richard L. Woolworth (the "Independent Trustee Defendants"),

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　The Independent Trustee Defendants

　　　　　　　　　　　　　　　　By Their Attorney:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Timothy O. Egan, BBO# 637992
　　　　　　　　　　　　　　　　Peabody & Arnold LLP
　　　　　　　　　　　　　　　　50 Rowes Wharf
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　617.951.2100

389470/E/1

Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing has been served by first class mail upon counsel for plaintiff:

David Pastor
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA   01906

Marc A. Topaz
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA   19004

Timothy O. Egan, Esq.