IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 04-11760 (REK) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants Charles R. Nelson, Patrick J. Simpson and Richard L. Woolworth (the "Independent Trustee Defendants"), hereby move, by and through their Massachusetts counsel, Timothy O. Egan, Esq., pursuant to LR 83.5.3(b), for the admission *pro hac vice* of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost, as counsel for the Independent Trustee Defendants in this case. The affidavits of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost have been filed herewith. A supporting memorandum of reasons, as required to be filed under LR 7.1(B)(1), is unnecessary as counsel for Plaintiff assents to the relief requested herein. Said assent is certified below pursuant to Mass. L.R. 7.1(A)(2).

The Independent Trustee Defendants

By Their Attorney:

_____
Timothy O. Egan, BBO# 637992
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617.951.2100

389470/E/1

## Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing Defendants' Motion to Admit Counsel *Pro Hac Vice* has been served by first class mail upon counsel for plaintiff:

David Pastor
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Marc A. Topaz
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

_____
Timothy O. Egan, Esq.

## LR 7.1(A)(2) Certification

I hereby certify that counsel conferred in good faith before the filing of this motion, and that counsel for Plaintiff, David Pastor, Esq., has assented to the relief requested herein.

_____
Timothy O. Egan, Esq.

2