IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 04-11760 (REK) |

## AFFIDAVIT OF TODD E. PENTECOST
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Todd E. Pentecost, being first duly sworn and under oath, deposes and states:

1.　I am an associate in the law firm of Bell, Boyd & Lloyd LLC, 70 West Madison Street, Suite 3100, Chicago, IL 60602-4207. My telephone number is (312) 807-4275.

2.　I have been a member of the Illinois Bar since 1999. I am also admitted to practice in the United States District Courts for the Northern and Central Districts of Illinois.

3.　I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22nd day of November, 2004.



Todd E. Pentecost