## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-11760 (REK)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DANIEL J. HAYES
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Daniel J. Hayes, being first duly sworn and under oath deposes and states:

1.    I am a member in the law firm of Bell, Boyd & Lloyd LLC, 70 West Madison Street, Suite 3100, Chicago, IL 60602-4207.  My telephone number is (312) 807-4355.

2.    I have been a member of the Illinois Bar since 1997.  I am also admitted to practice in the United States District Courts for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit.

3.    I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this _____ day of November, 2004.

_____
Daniel J. Hayes

389484/E/1