UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA SLICKER, On Behalf of All Others Similarly Situated,, | X<br>: Civil Action No. 04-11760-REK<br>:<br>: |
| Plaintiff, | :<br>: |
| -against- | :<br>: |
| FLEETBOSTON FINANCIAL CORPORATION, ET AL. | :<br>:<br>: |
| Defendants. | :<br>X |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 25, 2005

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**Attorney for Plaintiffs**

00004840.WPD ; 1